JAMES A. TIEMSTRA (Bar No. 96203)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth Street, 15th Floor
Oakland, CA 94612-2605
Telephone: (510) 987-8000
Facsimile: (510) 987-8001

Attorneys for Debtor,
CONNECTIX CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CONNECTIX CORPORATION,<br><br>Debtor. | Case No. 05-55648-MM7<br><br>Chapter 7<br><br>DEBTOR'S JOINDER IN TRUSTEE'S OBJECTION TO CLAIM<br><br>Date: December 8, 2006<br>Time: 11:00 a.m.<br>Courtroom: 3070 |

COMES NOW, CONNECTIX CORPORATION, debtor herein (hereinafter "Connectix" or "Debtor") and hereby joins in the Chapter 7 Trustee's Objection to Claim 66 EOP-Peninsula Office Park, LLC and adopts the Shareholder Parties' Memorandum in Support of the Trustee's Objection to Claim.

Dated: December 7, 2006

LAW OFFICES OF JAMES A.TIEMSTRA

By: _____
JAMES A. TIEMSTRA
Attorneys for Debtor
CONNECTIX CORPORATION

-1-

DEBTOR'S JOINDER IN TRUSTEE'S OBJECTION TO CLAIM